UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANNON TURNER | * | CIVIL ACTION |
| VERSUS | * | NO: |
| GRAND ISLE SHIPYARD, LLC, | * | SECTION: |
| SHELL OFFHORE, INC. and CNOOC | | |
| PETROLEUM USA, INC. | * | MAGISTRATE: |

\* \* \* \* \* \* \*

# COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes SHANNON TURNER, a person of the full age of majority and resident of the State of Louisiana, and for his Complaint respectfully represents as follows:

1.

## JURISDICTION

This Court has jurisdiction pursuant to 28 U.S.C. 1331, federal question jurisdiction.

2.

Made defendants herein are:

1.     GRAND ISLE SHIPYARD, LLC, on information and belief, a domestic limited liability company organized under the laws and statutes of the State of Louisiana, and authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, with its principal place of business in Galliano, Louisiana.

2.  SHELL OFFSHORE, INC., on information and belief, a foreign corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court.

3.  CNOOC PETROLEUM USA, INC., on information and belief, a foreign corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court.

3.

The defendants are liable unto the plaintiff pursuant to the law and statutes of the United States, including but not limited to the Outer Continental Shelf Lands Act, 43 U.S.C. 1331, et seq., and the law and statutes of the State of Louisiana, in damages in a sum which will fairly compensate him and which will be determined at the trial of this matter, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, for the following reasons, to wit:

4.

On or about March 9, 2019, plaintiff, SHANNON TURNER, was employed by a third-party, Danos & Curole Marine Contractors, Inc., performing his assigned duties aboard the SHELL APPOMATTOX, on information and belief, a platform located in MC Block 525 in the Gulf of Mexico owned and/or operated by the defendants, SHELL OFFSHORE, INC. and/or CNOOC PETROLEUM USA, INC.  On that date, the defendant, GRAND ISLE SHIPYARD, LLC, was also performing services aboard the SHELL APPOMATTOX.

5.

As plaintiff was performing his assigned duties, suddenly and without warning, and due to the negligence of the defendants, their agents and/or employees and other actions and inactions on

the part of the defendant, plaintiff fell through a hole in the deck from which grating had been removed. As a result thereof, plaintiff sustained severe and disabling injuries as described herein.

6.

Plaintiff was in no manner negligent. On information and belief, plaintiff alleges that the sole and proximate cause of his injuries, as described herein, was the negligence and/or failure of the defendants, and their servants and/or agents, in carrying out their obligations and duties, individually and concurrently, and/or the condition of the premises and equipment, in the following respects:

1. Failure to ensure that the plaintiff's work area was in a safe condition for plaintiff to work;

2, Failure to provide plaintiff with a safe place in which to work;

3. Failure to exercise reasonable care in discovering and correcting any and all unsafe conditions existing on the premises;

4. Failure to provide plaintiff with the proper equipment and/or personnel to accomplish his job in a reasonably safe manner;

5. Failure to warn the plaintiff;

6. Failure to warn plaintiff of the dangerous and unsafe conditions of the premises;

7. Failure to properly inspect, maintain and repair the premises;

8. Hiring untrained and unskilled employees and/or contractors;

9. Retaining employees and/or contractors found to be careless and/or unskilled;

10. Strict and/or premises liability;

11. Failure to provide competent and adequate supervisory authority;

12. Respondeat superior;

13. Breach of legally imposed duties of reasonable care owed by the defendant(s) to the plaintiff;

14. Other acts of negligence and conditions to be proven at the trial of this case.

7.

Solely by reason of the negligence of the defendants, and other acts and inactions described herein, plaintiff, Shannon Turner, sustained serious injuries including but not limited to the following: possible ruptured and/or herniated discs and nerve damage, as well as injuries to his bones, muscles and joints, organs and tissues among other component parts of his head, back, ribs, legs, feet, and hands.  As a result thereof, plaintiff has in the past and will in the future: require medicines, medical care, medical treatment, have to expend moneys and incur obligations for treatment and care, suffer agonizing aches, pains, and mental anguish, and be disabled from performing his usual duties, occupations and avocations.

8.

As a direct and proximate result of the aforesaid negligence, conditions, and breach of duties on the part of the defendants herein, plaintiff has suffered injuries and damages for which defendants are liable unto him, together with legal interest from the date of demand, attorney's fees, and all costs of these proceedings.

9.

Plaintiff respectfully prays for a trial by jury on all issues presented herein.

**WHEREFORE**, plaintiff prays that the defendants be served with a copy of this Complaint, and after due proceedings had and the expiration of all legal delays herein: There be a judgment rendered in favor of the plaintiff, SHANNON TURNER, and against defendants, GRAND ISLE SHIPYARD, LLC, SHELL OFFSHORE, INC. and CNOON PETROLEUM USA, INC., in damages in an amount to be determined at trial, together with interest from the

date of demand until paid, attorney's fees, and all costs; for a trial by jury on all issues presented herein; and for any and all other relief which the law and justice may provide.

                RESPECTFULLY SUBMITTED:

      s/David C. Whitmore
LAWRENCE BLAKE JONES (7495)
DAVID C. WHITMORE (17864)
BLAKE JONES LAW FIRM, LLC
701 Poydras Street, Suite 4100
New Orleans, Louisiana 70139
Phone: (504) 525-4361
Facsimile: (504) 525-4380
Attorneys for Plaintiff, Shannon Turner