UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANNON TURNER | * | CIVIL ACTION 2:20-cv-02259-MLCF-MBN |
| VERSUS | * | JUDGE MARTIN L. C. FELDMAN |
| GRAND ISLE SHIPYARD, LLC, | * | MAG. JUDGE MICHAEL B. NORTH |
| SHELL OFFSHORE, INC. and CNOOC | | |
| PETROLEUM USA, INC. | * | |

\*       \*       \*       \*       \*       \*       \*

## ORDER

Considering the Ex Parte Motion to Withdraw and Substitute Counsel filed by Shell Offshore Inc. ("Shell") and CNOOC Petroleum U.S.A., Inc. ("CNOOC").

IT IS HEREBY ORDERED that the motion is granted and that Thomas Pollard Diaz, Alexander J. Baynham, and Liskow & Lewis are hereby withdrawn as counsel of record for Shell and CNOOC in this matter, and Michael H. Bagot, Jr., Thomas A. Rayer, Jr., Christian J. St. Martin, and the law firm of Wagner, Bagot & Rayer, LLP are hereby substituted in their place.

New Orleans, Louisiana, this __24th__ day of _____May_____ 2021.

_____
DISTRICT JUDGE